# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2008

Clifford W. Taylor,
Chief Justice

135068

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RONALD D. McCUMMINGS,
      Plaintiff-Appellee,

v

PIONEER STATE MUTUAL INSURANCE
COMPANY,
      Defendant-Appellant.

SC: 135068
COA: 269832
Gladwin CC: 04-001734-CK

_____/

On order of the Court, the application for leave to appeal the October 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CORRIGAN and MARKMAN, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2008

_____
Clerk

p0123